# EXHIBIT B

JUST FUTURES LAW

justfutureslaw.org Based in Washington, D.C. amanda@justfutureslaw.org

September 17, 2026

Nicholas Sanders, Assistant Chief Counsel
Customs and Border Protection, Miami Sector
15720 Pines Blvd
Pembroke Pines, FL 33027
Nicholas.r.sanders@cbp.dhs.gov

Fines, Penalties & Forfeitures
U.S. Customs and Border Protection
Miami International Airport, Florida – 5206
MiamiFPF@cbp.dhs.gov

*Sent via email*

**Re: Request for immediate return or destruction of unlawfully seized electronic data**

To Whom It May Concern:

I am an attorney at Just Futures Law and counsel for Mr. Thomas Kennedy.

Mr. Kennedy's cell phone was unlawfully seized by your agency on September 6, 2026 at Miami International Airport. Upon information and belief, your agency made a digital copy of the contents of the phone before returning it to Mr. Kennedy. There is no pending criminal action against my client that could justify the collection or continued retention of any data. Furthermore, as Mr. Kennedy alerted agents at the time of the seizure, his phone contains sensitive, classified, and privileged documents protected under attorney-client and work-product privilege.

**Mr. Kennedy demands:**
1) **immediate return or destruction of any and all data from his phone, including copies, seized by your agents on September 6, 2026 and from any remote accounts accessed;**
2) **the disclosure of the scope of data extraction, collection, review, and dissemination; and**
3) **that CBP and DHS cease and desist any attempts to access, review, collect, or disseminate data from Mr. Kennedy's phone or remote accounts.**

CBP Directive No. 2230-049B, *Border Search of Electronic Devices*, effective January 1, 2026, dictates that Mr. Kennedy's copied data be destroyed or returned to him immediately. Section 5.6.2 states, in pertinent part, "Without probable cause, CBP may retain only information from the border search of an electronic device relating to immigration, customs, and other

JUST FUTURES LAW

justfutureslaw.org Based in Washington, D.C. amanda@justfutureslaw.org

enforcement matters if such retention is consistent with the applicable system of records notice and subject to the requirements and limitations provided herein and applicable law." No such matter or exception exists here. Further, CBP obviously did not follow the Directive's procedures delineated in Section 5.2 regarding the handling of attorney-client privileged or attorney work product information, even after Mr. Kennedy informed agents of the likelihood of such privileged material contained on his phone. CBP Directive No. 2230-049B, Section 5.2.

Mr. Kennedy is a U.S. citizen whose cell phone was seized and searched without justification or legal authority, absent any criminal proceeding. Per CBP Directive 2230-049B, any and all data copied from Mr. Kennedy's phone must be destroyed.

In addition to CBP Directive 2230-049B, federal law likewise requires CBP to return or destroy the data that was copied from Mr. Kennedy's phone. *See, e.g.*, Fed. R. Crim. P. 41(g); *In re Sealed Search Warrant & Application for a Warrant by Tel. or Other Reliable Elec. Means*, 11 F.4th, 1245-46 (11th Cir. 2021); *Harbor Healthcare Sys., LP v. United States*, 5 F.4th 593, 600 (5th Cir. 2021).

CBP's ongoing retention of private and privileged data copied from Mr. Kennedy's phone constitutes continuing irreparable injury that can only be remedied by the return or destruction of the data. *Harbor Healthcare Sys.*, 5 F.4th at 600. Under Federal Rules of Criminal Procedure, Rule 41(g), Mr. Kennedy is entitled to the immediate return or destruction of any data copied from his phone.

**If I do not here back from you by September 22, Mr. Kennedy will take appropriate legal action on September 23**, given the time-sensitive nature of the request and related ongoing harm to my client. I sincerely hope it does not come to that.

Please call me at (213) 218-9768 if you have any questions, and so that I can arrange the return or destruction of this copied property as soon as possible. Thank you.

Respectfully,

Amanda Carlin
Just Futures Law
1629 K Street, NW, Suite 30
Washington, D.C. 20006
amanda@justfutureslaw.org
Main Office Telephone: (202) 355-6390