**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26685-LEIBOWITZ**

**THOMAS KENNEDY,**

*Plaintiff*,

*v.*

**UNITED STATES OF AMERICA,**

*Defendant.*

_________________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Expedited Motion for Return or Destruction of Property Pursuant to Fed. R. Crim. P. 41(g) and Request For Expedited Hearing (the "Motion") [ECF No. 1].

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Government shall respond to Plaintiff's Motion no later than October 21, 2026. The Government's response shall include a summary of facts relating to the seizure of the phone and any data taken therefrom, any claimed basis to retain the data, and all relevant legal authorities supporting the seizure and retention of the data.

**DONE AND ORDERED** in the Southern District of Florida on October 14, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record